IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

FEB 14 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:13-cr-19 |
| ) | |
| GENE QUARLES, ) | Count 1:  18 U.S.C. § 201(b)(2) |
| ) | (Bribery of a Public Official) |
| Defendant. ) | |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
**(Bribery of a Public Official)**

1. From in or about April 2010 to in our about June 2012, in the Eastern District of Virginia and elsewhere, Defendant, GENE QUARLES, a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being influenced in the performance of an official act being induced to do an act in violation of his official duty; that is H.E., A.E. and other employees provided cash payments on behalf of AH Computer Consulting (AHCC) in exchange for United States Postal Service (USPS) contracting preferences and advantages.

(All in violation of Title 18, United States Code, Section 201(b)(2).)

Neil H. MacBride
United States Attorney

By: _____ 2/14/13
Chad I. Golder
Assistant United States Attorney
United States Attorney's Office

1

Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
chad.i.golder @usdoj.gov

Date: 2/14/13